NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, CA 90012
     Telephone: (213) 894-8341
     Facsimile: (213) 894-7819
     Email: Louisa.Kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 19-3260 |
|---|---|
| Plaintiff, | **[CR 00-0186-ABC-2]** |
| v. | **UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF** |
| JOHN LARSON, | **WRIT OF CONTINUING GARNISHMENT TO GARNISHEE ANCHOR LOANS, LP [28 U.S.C. § 3205(b)]** |
| Defendant. | **AND** |
| | **CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. John Larson*, CR 00-0186-ABC-2.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On March 28, 2002, the Court entered an order imposing the following criminal judgment debt against defendant-judgment debtor John Larson:

- ▪ Restitution: $4,583,700.00
- ▪ Special assessment: $400.00

John Larson's Social Security Number is XXX-XX-6307, and he resides in Los Angeles, California.  As of April 24, 2019, John Larson's criminal debt balance is $4,540,527.00.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee Anchor Loans, LP is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that Anchor Loans, LP pays nonexempt disposable earnings to John Larson.  By and through this Writ of Garnishment, the United States seeks to garnish 25% of John Larson's disposable earnings for each pay period that Anchor Loans, LP owe or will owe, money or property to John Larson.  28 U.S.C. § 3205 (b)(1)(C); *see also* 15 U.S.C. § 1673.  Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from John Larson's gross earnings.  15 U.S.C. §1672(b).

///

///

///

///

2

1    The name and address of Garnishee or the Garnishee's authorized agent is:

2           **Anchor Loans, LP**
            **c/o CT Corporation System**
3           **818 West 7th Street, Suite 930**
            **Los Angeles, California 90017**
4

5    Dated:  April 24, 2019                     Respectfully submitted,

6                                               NICOLA T. HANNA
7                                               United States Attorney
                                                DAVID M. HARRIS
8                                               Assistant United States Attorney
                                                Chief, Civil Division
9                                               INDIRA J. CAMERON-BANKS
                                                Assistant United States Attorney
10                                              Chief, Financial Litigation Section

11
                                                 /s/ *Louisa O. Kirakosian*
12                                              LOUISA O. KIRAKOSIAN
                                                Assistant United States Attorney
13

14                                              Attorneys for Plaintiff
                                                United States of America
15

16

17

18

19

20

21

22

23

24

25

26

27

28